**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge**

Civil Action No. 03-B-1127 (PAC)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AUSTIN GARY COOPER, individually and d/b/a Taking Back America,
MARTHA E. COOPER, individually and d/b/a Taking Back America, and
TAKING BACK AMERICA, an unincorporated organization,

    Defendants.

_____

ORDER
_____

It is HEREBY ORDERED that Defendants' *pro se* motion, filed on November 10, 2004, entitled "Document Addressing Merchant-Martin Shoemaker's Filing Identified as 'UNITED STATES' BRIEF IN SUPPORT OF DEFENDANTS' CONTINUED INCARCERATION' and 'UNITED STATES' IDENTIFICATION OF ABUSIVE WEBSITE MATERIAL;' and Demand for Release in the Nature of a 'Request' as Specified by Merchant-Shoemaker's-Brief Wherein he has Written on Page four (4), Paragraph three (3), 'Releasing the Coopers Now Would be Premature Because Neither the Coopers Requested to be Released or Presented Any Evidence that Continued Incarceration Would be Ineffective.' (Emphasis Added)" [#93] is **DENIED AS MOOT** as the relief requested therein was granted when I ordered that Defendants Austin Gary Cooper and Martha E. Cooper be released from civil confinement on November 12, 2004.

Dated: August 16, 2005  in Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE